# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KNIGHT-CELOTEX, LLC, an Illinois limited liability company, and | ) ) ) | Case No. 09-12200 Chapter 7 |
| | ) | |
| KNIGHT INDUSTRIES I LLC, a Delaware limited liability company, | ) ) ) | Case No. 09-12219 Chapter 7 |
| Debtors. | ) ) | Hon. Pamela S. Hollis |
| KNIGHT QUARTZ FLORING LLC, | ) ) | Case No. 10-10178 |
| Debtor. | ) ) | Hon. Jerry A. Brown |

## ORDER CHANGING VENUE OF
## KNIGHT QUARTZ FLOORING'S BANKRUPTCY CASE

This matter coming to be heard on Bank of America, N.A.'s ("Bank of America") Motion to Change Venue of Knight Quartz Flooring's Bankruptcy Case ("Motion"); due and proper notice of the Motion having been given to Knight Quartz Flooring LLC ("Knight Quartz Flooring"), the Office of the United States Trustee and all other parties entitled thereto; the Court having reviewed the Motion; the Court having conducted a hearing on the Motion on February 2, 2010 and having heard the statements of counsel for Bank of America, Knight Quartz Flooring and other parties-in-interest; the Court finding that the legal and factual bases for the Motion are adequate to support the relief requested therein; and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion is Granted.

CH62253.1
210322-10024

2.  Pursuant to Fed. R. Bankr. P. 1014(b), the venue for Knight Quartz Flooring's bankruptcy case is hereby changed from the United States Bankruptcy Court for the Eastern District of Louisiana to the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division).

Dated: January ___, 2010

**FEB - 2 2010**

**ENTER:**

_____
U.S. BANKRUPTCY JUDGE

<u>Submitted by</u>:

Michael L. Molinaro (ARDC No.: 6183321)
Theresa L. Davis (ARDC No.: 6224757)
Blair R. Zanzig (ARDC No.: 6273293)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

*Counsel for Bank of America, N.A.*

CH62253.1
210322-10024

2