UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
KNIGHT QUARTZ FLOORINGS LLC § Case No. 10-04210
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on June 19, 2014 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, uopn entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/09/2014            By: /s/ Barry A. Chatz, Trustee
                                       Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KNIGHT QUARTZ FLOORINGS LLC § Case No. 10-04210
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 734,439.38 |
| and approved disbursements of | $ | 716,619.03 |
| leaving a balance on hand of[1] | $ | 17,820.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000022 | BANK OF AMERICA, N.A. | $ 1,319,490.00 | $ 290,000.00 | $ 290,000.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 17,820.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 39,971.97 | $ 33,000.00 | $ 6,971.97 |
| Trustee Expenses: BARRY A. CHATZ | $ 832.26 | $ 617.26 | $ 215.00 |
| Attorney for Trustee Fees: FREEBORN & PETERS LLP | $ 180,595.67 | $ 172,007.42 | $ 8,588.25 |
| Accountant for Trustee Expenses: POPOWCER KATTEN, LTD. | $ 9,543.50 | $ 9,543.50 | $ 0.00 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 325.00 | $ 0.00 | $ 325.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 139.70 | $ 139.70 | $ 0.00 |
| Other: DEVELOPMENTAL SPECIALISTS, INC. | $ 109,307.10 | $ 107,586.97 | $ 1,720.13 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 17,820.35 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 54,104.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019B | UNIMIN CORP | $ 5,334.43 | $ 0.00 | $ 0.00 |
| 000021 | THE MILLER GROUP | $ 1,601.72 | $ 0.00 | $ 0.00 |
| 000024 | IRA J BERNSTEIN & ASSOC INC | $ 13,845.79 | $ 0.00 | $ 0.00 |
| 000028 | UNTIED STEELWORKERS | $ 33,322.50 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 351,323.14 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 000001 | SIERRA HARD | $ | 12,161.80 | $ | 0.00 | $ | 0.00 |
| 000002 | LISA M. ROGERS | $ | 7,236.34 | $ | 0.00 | $ | 0.00 |
| 000004 | LEVENFELD PEARLSTEIN, LLC | $ | 11,119.70 | $ | 0.00 | $ | 0.00 |
| 000005 | NICOLETTE GERRARD | $ | 8,719.92 | $ | 0.00 | $ | 0.00 |
| 000006 | HENSLEE SCHWARTZ LLC | $ | 5,006.00 | $ | 0.00 | $ | 0.00 |
| 000007 | ATMOS ENERGY MARKETING, LLC | $ | 6,163.81 | $ | 0.00 | $ | 0.00 |
| 000008 | PENNYWISE ENTERPRISE, INC. | $ | 26,748.00 | $ | 0.00 | $ | 0.00 |
| 000009 | UNITED PARCEL SERVICE FREIGHT | $ | 2,655.48 | $ | 0.00 | $ | 0.00 |
| 000010 | UNITED PARCEL SERVICE FREIGHT | $ | 895.65 | $ | 0.00 | $ | 0.00 |
| 000011 | UNIVAR USA, Inc. | $ | 4,168.93 | $ | 0.00 | $ | 0.00 |
| 000012 | UNIVAR USA INC. | $ | 43,365.04 | $ | 0.00 | $ | 0.00 |
| 000013 | UNITED PARCEL SERVICE FREIGHT | $ | 16,638.34 | $ | 0.00 | $ | 0.00 |
| 000014 | CERIDIAN CORPORATION | $ | 7,085.11 | $ | 0.00 | $ | 0.00 |
| 000015 | ABC BUSINESS FORMS | $ | 411.67 | $ | 0.00 | $ | 0.00 |
| 000016 | LISA M. ROGERS | $ | 7,236.34 | $ | 0.00 | $ | 0.00 |
| 000017 | SOUTHWEST ENGINEERS | $ | 3,750.00 | $ | 0.00 | $ | 0.00 |
| 000018 | AIR QUALITY SCIENCES | $ | 58,000.00 | $ | 0.00 | $ | 0.00 |
| 000019A | UNIMIN CORP | $ | 3,455.48 | $ | 0.00 | $ | 0.00 |
| 000020 | CAREER SOURCES UNLIMITED | $ | 3,200.00 | $ | 0.00 | $ | 0.00 |
| 000023 | JOHN SPRENGER | $ | 10,161.62 | $ | 0.00 | $ | 0.00 |
| 000025 | SPERLING & SLATER P.C. | $ | 80,520.64 | $ | 0.00 | $ | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000026 | CYCLONAIRE CORP | $ 7,623.27 | $ 0.00 | $ 0.00 |
| 000027 | CHALLEGE I INC. | $ 25,000.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 77,021.91 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | JMMA SPECS | $ 700.00 | $ 0.00 | $ 0.00 |
| 000030 | SAIA MOTOR | $ 22,543.53 | $ 0.00 | $ 0.00 |
| 000031 | YRC INC. FORMERLY KNOWN AS ROADWAY EXPRESS, INC. | $ 53,778.38 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-04210-PSH
Knight Quartz Flooring's LLC                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal           Page 1 of 3           Date Rcvd: May 23, 2014
                              Form ID: pdf006          Total Noticed: 117

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2014.
```
db         +Knight Quartz Flooring's LLC,   One Northfield Plaza #400,   Northfield, IL 60093-1215
aty        +Freeborn & Peters LLP,   311 South Wacker Drive  Suite 3000,   Chicago, IL 60606-6679
15498998   +ADCO Companies Ltd,   3657 Pine Lane,   Bessemer, AL 35022-5641
15498999    AFS Logistics Inc,   Attn: Accounts Rece,   Shreveport, LA
15499004    AT&T,   POB POB 105252,   Altanta, GA 30348-5262
15499000   +Air Quality Sciences,   2211 New Market Pkwy Ste 106,   Marietta, GA 30067-9310
15499001    Appa,   1643 Prince Street,   Alexandria, VA 22314-2818
15499002   +Archectural Directors,   9638 Hilltop,   Bellevue, WA 98004-4006
15337537   +Atmos Energy Marketing, LLC,   13430 Northwest Freeway, Ste 700,   Houston, TX 77040-6091
15499005    Atmos Energy Marketing, LLC,   POB 409819,   Altanta, GA 30384-9819
15499006    Azima Serivces South LLC,   POB 415180,   Boston, MA 02241-5180
15499148   +B2 Flooring Systems,   2961 W. 4425 S,   Roy, UT 84067-9564
15499150    BNP Media,   POB 2600,   Troy, MI 48007-2600
15499149   +Baerlocher USA,   POB 633308,   Cincinniati, OH 45263-3308
15806476   +Bank of America, N.A.,   Michael L. Molinaro, Esq.,   Loeb & Loeb LLP,
             321 N. Clark Street, Suite 2300,   Chicago, IL 60654-4746
15522422   +Barry Brubaker,   1191 Venture Drive,   Forest, VA 24551-2273
15059551    Building Resources,   ATTN: Michael Pace,   180 Mont Clair Ave.,   Toronto, Ontario M5P 1P9
15499154   +CIMCO Communications,   1901 S. Meyers Road,   Oakbrook Terra, IL 60181-5243
15499151   +Career Sources Unlimited,   2211 A Lakeside Dr,   Bannockburn, IL 60015-1265
15499153    Ceridan,   POB 10989,   Newark, NJ 07193-0989
15530392   +Ceridian Corporation,   3201 34th St South,   St. Petersburg, FL 33711-3828
15522423   +Challege I Inc.,   c/o Paul Flask,   54482 Southern Hills,   laQuinta, CA 92253-5664
15499156    Concept Surfaces,   7241 Arbor Oaks Dr,   Dallas, TX 75248-2201
15499157    Continental Publising, LLC,   POB 141,   Topsfield, MA 01983-0241
15059559   +Curtis Thaxter LLC,   ONE CANAL PLAZA,   PORTLAND, ME 04101-6404
15499158   +Cyclonaire Corp,   POB 366,   York, NE 68467-0366
15059546   +DESIGN MATERIALS,   1260 LINCOLN AVE.,   PASADENA, CA 91103-2417
15498992   +David McShane,   1112 Manson Ave,   Metaire, LA 70001-3616
15522419   +Deforest Dvis,   549 West Randolph St.,   Chicago, IL 60661-2208
15499159   +Delta Dental of Illinois,   POB 805275,   Chicago, IL 60680-4168
15499160   +Design Material,   1260 Lincoln Ave.,   Pasadena, CA 91103-2465
15499161    EHS Corp,   1501 River Oaks Road,   Harahan, LA 70123
15499162   +EOAC Software Technologies,   42 Ladd Street,   East Greenwich, RI 02818-4361
15499163    Equivoice,   POB 7300,   Algonquinn, IL 60102-7300
15059561    FEDEX FREIGHT,   P.O. BOX 406708,   ATLANTA, GA 30384-6708
15059558    FEDEX NATIONAL,   LTL,   PO BOX 95001,   LAKELAND, FL 33804-5001
15499164    Fedex Custom Critical,   POB 371627,   Pittsburgh, PA 15251-7627
15499165   +Fedex Natioal TL,   POB 92001,   Lakeland, FL 33804-2001
15499166    Ferro Corproation,   POB 5831,   Ckeveland, OH 44193-1022
15059552    Flatiron Capital,   Dept. 2195,   Denver, CO 80271-2195
15499167    GT Michelli Co Inc,   130 Brookhollow,   Harahan, LA 70123
15499168    Greenguard Enviromental Institute,   Attn: GEI Accounts,   Marietta, GA 30067
15499169    H & S Whiting Inc,   POB 414519,   Boston, MA 02241-4519
15499173   +ION Exhibits,   700 District Drive,   Itasca, IL 60143-1320
15881984   +IRA J Bernstein & Assoc Inc,   13249 Windygate Lane,   St Louis, MO 63146-2227
18341698   +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr
15499171    Industrial Welding Supply,   POB 11407,   Birmingham, AL 35246-1005
15499172    Inspection Solution, Inc,   POB 210,   Zion, IL 60099-0210
15499170    International Facility Mgt Assoc,   1 E Gateway Plz,   Houston, TX 77046-0194
15499174   +JMMa Specs,   POB 253,   Middlebury, VT 05753-0253
15473982   +James A. Knight, Guarantor,   11 Downing Street,   Hanover, NH 03755-1901
15498993   +John Sprenger,   2011 Beechwood Rd.,   Willmette, IL 60091-1503
15499175    Johnson Floor Company,   9690 W. 66th Street,   Countryside, IL 60525
15059553   +KIPNIS ROSEN & BLOOM, LTD,   5550 W. TOUHY AVE.,   SKOKIE, IL 60077-3254
15499176   +Keller and Heckman LLP,   1001 G Street, NW,   Washington, DC 20001-4564
15499177    Kentwood Springs,   POB 660759,   Dallas, TX 75266-0579
15473958    Knight Industries,   Attn: Barry Chatz, Trustee,   120 South Riverside Plaza,   Suite 1200,
             Chicago, IL 60606-3910
15188216   +Lisa M. Rogers,   4917 N. Oconto Ave,   Harwood Heights, IL 60706-3518
15499178    Louisianna Dept of Revenue,   POB 201,   Baton Rouge, LA 70821-0201
15059554   +MARION MIXERS INC,   3575 3RD AVENUE,   MARION, IA 52302-3807
15510371   +Microsystems Development,   35 W. 755 Boncosky Rd,   Building 1,   West Dundee, IL 60118-9121
15510374   +Mid South Roller,   POB 130,   Clarksville, AR 72830-0130
15510372   +Midland Products,   18600 Graphic Court,   Tinley Park, IL 60477-6230
15498994   +Mike Baldwin,   7952 S. Vance Street,   Littleton, CO 80128-5629
15510373    Mk Freight Brokens Inc,   701 Rue Dubois,   ST-Eustache Quebec J7P 3W1
15510375   +Muller's Auto Supply,   225 Fourth Street,   Westwego, LA 70094-4239
15510376    My Fax,   Accounts Receivalbe Depa Ottawa,   Ontario, K1G 1P5
15059563   +NEWELL NORMAND,   TAX COLLECTOR,   PO BOX 30014,   TAMPA, FL 33630-3014
15255030   +Nicolette Gerrard,   900 N. Kingsbury #767,   Chicago, IL 60610-6852
15522389    Nulite Electrical Wholesalers,   POB 62600,   Ne Orleans, LA 40162-2600
15059557   +OLD DOMINION,   FREIGHT LINE INC,   14933 COLLECTION,   CENTER DR.,   CHICAGO, IL 60693-0149
```

```
District/off: 0752-1          User: corrinal               Page 2 of 3                  Date Rcvd: May 23, 2014
                              Form ID: pdf006              Total Noticed: 117

15522390     +Ordes Electric, Inc,    3401 Jean Lafitte Parkway,    Chalmette, LA 70043-1605
15522391     +Orkin,    137 B Carvasback Dr.,    St. Rose, Louisiana 70087-4010
15380456     +PennyWise Enterprise, Inc.,    4613 Country Gables Court,    N. Las Vegas, Nevada 89031-2191
15522393      Penton Media,    POB 96985,    Chicago, IL 60093-6985
15522394      Pratt Industries,    Attn: BOB Lee,    New Orleans, LA 70123
15059556      ROADWAY EXPRESS,    PO BXO 730375,    DALLAS, TX 75373-0375
15522395      Retif Oil & Fuel,    POB 62600,    New Orleans, LA 70123
15498995      Robert Stubbs,    Chandler, AZ 85249
15059555      SAIA MOTOR,   FREIGHT LINE INC,    PO BOX 730532,    DALLAS, TX 75373-0532
15059544      SCHNEIDER NATIONAL,    PO BOX 281496,    ATLANTA, GA 30384-1496
15522396      SGS U.S. Testing Company, Inc,    POB 2502,    Carol Stream, IL 60132-2502
15059549     +SIERRA HARD,   SURFACE SAMPLES,    DBA: Sierra Group,    PO BOX 1186,    CHATSWORTH, GA 30705-1186
15059562     +SPERLING & SLATER P.C.,    55 WEST MONROE STREET,    CHICAGO, IL 60603-5072
15522397     +Sirus Business Software, Inc,    42 Birchwood Dr.,    Palos Park, IL 60464-1573
15522398     +Southern Wast Systems,    POB 641248,    Kenner, LA 70064-1248
15522404      Southwest Engineers,    POB 31203,    Tampa, FL 33631-3203
15522400     +Stephens-Harris Assocites Inc,    POB 23309,    New Orleans, LA 70183-0309
15522401     +Sun Chemical Corp,    POb 2193,    Carol Stream, IL 60132-2193
15498996      Susan Freed,    Canton, GA 30114
15522402     +Sustainable Floors,    235 Winding Creek D,    Naperville, IL 60565-4112
15522403     +Sustainable Surfaces,    2633 N.E. 14th Ave,    Fort Lauderdale, FL 33334-4387
15522406     +TIMCO Chicago,    25 W. Official Rd,    Addison, IL 60101-4532
15522405     +The Miller Group,    104 Randolph St. #14,    Ashland, VA 23005-2184
15522414      The Wauregan Company Inc,    11 Dowing Road,    Hanover, NH 03755-1901
15522407     +Turbo Spray Midwest,    1172 Fendt Dr. #300,    Howell, MI 48843-7590
15522410      UPS-7R365F,    Lockbox 577,    Carol Stream, IL 60132-0577
15522408      Unimin Corp,    POB 198867,    Atlanta, GA 30384-8867
15522409      United Healthcare,    Dept. CH 10151,    Palatine, IL 60055-0151
15399242     +United Parcel Service Freight,    c/o Receivable Manatement Services (RMS),    POB 4396,
               Timonium, MD 21094-4396
15956279      Untied Steelworkers,    Five Gateway Center,    Room 807,    Pittsburg, Penn 15222
15522411     +Vision Service Plan,    POB 600000,    San Francisco, CA 94160-0001
15522416     #+WJS Emterprises,    3315 Ridgelake Drive,    matarie, LA 70002-3880
15059550     +WW HENRY/ARDEX,    ATTN: DANIELLE,    DOYLE 400 ARDEX PARK,    Aliquippa PA 15001-8420
15522412     +Waldemare S. Nelson & Co.,    1200 St. Charles Ave,    New Orleans, LA 70130-4395
15522413     +Wall 2 Wall Floorcoverings,    5200 Sawyer Avenue,    Boise, ID 83714-2113
15522415      William Blasek Ltd,    20 Stream Rd. #23,    Brookline, MA 02446
15522417     +Workmed Occupational Health Services,    77 Bates Street,    Leviston, maine 04240-7637
15059545     +X-RITE,   ATTN: Jay Mewborn,    4300 44th Street SE,    Grand Rapids, MI 49512-4009
15522418      YRC Inc. formerly known as Roadway Express, Inc.,    c/o Frantz Ward LLP,
               Attn: John F. Kostelnik, Esq.,    2500 Key Center, 127 Public Square,    Cleveland, OH  44114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15498997     +E-mail/Text: accounting@abcprint.com May 24 2014 00:16:54     ABC Business Forms,
               5654 N. Elston Ave,    Chicago, IL 60646-6599
15499003      E-mail/Text: g20956@att.com May 24 2014 00:18:25     AT&T Mobility,    POB 6463,
               Carol Stream, IL 60197-6463
15499155      E-mail/Text: citjaxbankruptcy@cit.com May 24 2014 00:16:40     CIT Technology Fin Serv, Inc,
               21146 Network Place,    Chicago, IL 60673-1211
15059547      E-mail/Text: credit7@entergy.com May 24 2014 00:15:57     ENTERGY,    P.O. BOX 8108,
               BATON ROUGE, LA 70891-8108
15059548     +E-mail/Text: jfriedland@lplegal.com May 24 2014 00:17:27     LEVENFELD PEARLSTEIN, LLC,
               2 NORTH LASALLE ST,    CHICAGO, IL 60602-3709
15059560     +E-mail/Text: CHERI.JAMES@UNIVARUSA.COM May 24 2014 00:18:32     UNIVAR USA INC.,    PO Box 849027,
               Dallas TX 75284-9027
15471502     +E-mail/Text: CHERI.JAMES@UNIVARUSA.COM May 24 2014 00:18:32     Univar USA Inc.,
               Attn: John Canini,    17425 NE Union Hill Road,    Remond, WA 98052-3375
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15189874      Office of the U.S. Trustee
15522399      Stamet Commerical Flooring,    POB 1337,    Crowne Point,    Attn: Ml Kemp
15499152    ##+Central Industries,    11433 Cronridge Dr.,    Owing Mills, MD 21117-2294
15225266    ##+Henslee Schwartz LLC,    6688 North Central Expressway,    Suite 850,    Dallas, TX 75206-3922
15522420    ##+James a. Knight,    11 Downing Street,    Hanover, NH 03755-1901
15522421    ##+Olney,   c/o Cynitha Knight,    11 downing Street,    Hanover, NH 03755-1901
15522392    ##+Patton Group,    100 N. Hill Dr.,    Brisbane, CA 94005-1014
                                                                                   TOTALS: 2, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: May 23, 2014
                              Form ID: pdf006             Total Noticed: 117
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2014 at the address(es) listed below:
              Barry A Chatz     bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              David L Kane     on behalf of Creditor    Quartz Flooring Acquisitions, LLC dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Gregg R Hague     on behalf of Creditor    Sperling & Slater, P.C. grh@sperling-law.com
              Melissa  Mickey    on behalf of Creditor    Bank of America, N.A. mmickey@reedsmith.com,
               mjawor@reedsmith.com
              Michael L Molinaro    on behalf of Creditor    Bank of America, N.A. mmolinaro@reedsmith.com,
               mjawor@reedsmith.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Richard S Lauter    on behalf of Financial Advisor    Development Specialists, Inc.
               rlauter@freeborn.com,   bkdocketing@freeborn.com
              Richard S Lauter    on behalf of Trustee Barry A Chatz rlauter@freeborn.com,
               bkdocketing@freeborn.com
              Richard S Lauter    on behalf of Attorney    Freeborn & Peters LLP rlauter@freeborn.com,
               bkdocketing@freeborn.com
              Stephen A Yokich    on behalf of Creditor    United Steel, Paper and Forestry, Rubber,
               Manufacturing, Energy, Allied Industrial and Service Workers Internat'l Union ("USW")
               syokich@cornfieldandfeldman.com,  BFyfe@cornfieldandfeldman.com
              Steve  Jakubowski    on behalf of Debtor    Knight Quartz Flooring's LLC sjakubowski@rsplaw.com,
               docketing@rsplaw.com
              Thomas R. Fawkes    on behalf of Trustee Barry A Chatz tfawkes@freeborn.com,
               bkdocketing@freeborn.com
                                                                                               TOTAL: 12
```